IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J. FARRELL,

    Petitioner,               No. 2:12-cv-0818 AC P

    vs.

DIRECTOR OF CDCR,

    Respondent.             ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's April 16, 2012 "motion to procure the record." Doc. No. 3. Therein, petitioner contends that a portion of the record necessary for a comprehensive analysis of his second ground for relief was omitted from the clerk's transcript on appeal.

        While Rule 4 of the Rules Governing Section 2254 Cases authorizes the court to order a respondent to supplement the record, this necessarily occurs once a record has been filed, which has not yet occurred in this action. Indeed, respondent has not yet been served. Thus, petitioner's motion will be denied as premature.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion to procure the
2  record is denied without prejudice.
3  DATED: December 3, 2012.

/s/
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;farr0818.101a