IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J. FARRELL,

    Petitioner,                    No. 2:12-cv-0818 AC P

    vs.

DIRECTOR OF CDCR,

    Respondent.               <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's second "motion to procure the record."  ECF No. 19.  Petitioner's first motion to procure the record was filed on April 12, 2012 and denied without prejudice on December 3, 2012.  In both motions, petitioner contends that a portion of the record necessary for a comprehensive analysis of his second ground for relief was omitted from the clerk's transcript on appeal.  For the reasons set forth in the court's order denying petitioner's first motion, the instant motion will be denied without prejudice.

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's April 10, 2013 motion
2 to procure the record is denied without prejudice.
3 DATED: May 9, 2013.

                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

/mb;farr0818.jo2